IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HASAN BAYADI, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00027 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Bayadi's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1), his motion to amend (Docket No. 12) to change the amount of damages sought is **DENIED** as moot, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to plaintiff.

**ENTER**: This 29th day of April, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE